PEOPLE ex rel. DOANE v. SCANNELL, Fire Com'r. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Proceeding by the people of the state of New York, on the relation of Thomas B. Doane, against John J. Scannell, fire commissioner. No opinion. Motion granted, with $10 costs.

---

PEOPLE ex rel. ELLISON v. HERTLE et al. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Proceeding by the people of the state of New York, on the relation of John E. Ellison, against John C. Hertle and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

PEOPLE ex rel. FALK, Respondent, v. DIKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1902.) Proceeding by the people of the state of New York, on the relation of Jacob W. Falk, against Norman S. Dike.

PER CURIAM. Motion for further stay of proceedings than that already granted at special term denied. Motion for speedy hearing of appeal granted, and appeal set down for hearing on Tuesday, April 8, 1902, at 1 o'clock p. m., provided, however, that the appellant cause the appeal papers to be served on or before Saturday next.

---

PEOPLE ex rel. FALK, Respondent, v. DIKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Proceeding by the people of the state of New York, on the relation of Jacob W. Falk, against Norman S. Dike. No opinion. Order of discharge (75 N. Y. Supp. 801) reversed, with $10 costs and disbursements, for the reasons assigned in the opinion in Guden v. Dike (Sup.) 75 N. Y. Supp. 794, and prisoner remanded to the custody of the appellant.

---

PEOPLE ex rel. FALK v. GUDEN. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Proceeding by the people of the state of New York, on the relation of Jacob W. Falk, against Charles Guden. No opinion. Order dismissing writ of habeas corpus (75 N. Y. Supp. 801) reversed, and proceeding remitted to special term for determination upon the merits, for the reasons assigned in the opinion in Guden v. Dike (Sup.) 75 N. Y. Supp. 794.

---

PEOPLE ex rel. GOLDFARB, Respondent, v. DIKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1902.) Proceeding by the people of the state of New York, on the relation of David E. Goldfarb, against Norman S. Dike.

PER CURIAM. Motion for further stay of proceedings than that already granted at special term denied. Motion for speedy hearing of appeal granted, and appeal set down for hearing on Tuesday, April 8, 1902, at 1 o'clock p. m., provided, however, that the appellant cause the appeal papers to be served on or before Saturday next.

---

PEOPLE ex rel. GOLDFARB, Respondent, v. DIKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) Proceeding by the people of the state of New York, on the relation of David E. Goldfarb, against Norman S. Dike. No opinion. Order of discharge reversed, with $10 costs and disbursements, for the reasons assigned in the opinion in Guden v. Dike (Sup.) 75 N. Y. Supp. 794, and prisoner remanded to the custody of the appellant.

---

PEOPLE ex rel. LINTON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) Proceeding by the people of the state of New York, on the relation of Edward F. Linton, against the Brooklyn Heights Railroad Company. No opinion. Motion to resettle order granted.

---

PEOPLE ex rel. McMULLEN, Appellant, v. MURPHY, Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Proceeding by the people of the state of New York, on the relation of John McMullen, against Michael C. Murphy, commissioner, etc. C. Sullivan, for appellant. T. Farley, for respondent. No opinion. Proceeding affirmed, with costs.

---

PEOPLE ex rel. McTIGUE, Appellant, v. ALLEN, Justice of the Peace, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Proceeding by the people of the state of New York, on the relation of Michael B. McTigue, against Harry L. Allen, as justice of the peace. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. MEADE, Relator, v. KANE, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 9, 1902.) Proceeding by the people of the state of New York on the relation of John Meade, against James Kane, commissioner. I. N. Miller, for relator. T. Farley, for respondent. No opinion. Writ quashed, and proceeding affirmed, with costs.

---

PEOPLE ex rel. SILK v. BOARD OF SUP'RS OF WESTCHESTER COUNTY et al. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Proceeding by the people of the state of New York, on the relation of Joseph Silk, against the board of supervisors of Westchester county and another. No opinion. Order affirmed on argument, without costs.